UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| MIRABILIS VENTURES, INC., ) | Case No. 6:08-bk-04327-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| MIRABILIS VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | Adversary No. 6:08-ap-222 |
| vs. ) | |
| ) | |
| RICHARD E. BERMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER DIRECTING MEDIATION

This adversary proceeding came on for hearing on August 26, 2009, for a pretrial conference. After reviewing the pleadings and considering that the nature of the dispute could possibly be resolved by mediation, it is

ORDERED:

1. The parties (the "Parties") involved in this adversary proceeding are directed to mediation for possible resolution of all the issues raised in this adversary proceeding and in conjunction with mediation directed by the Honorable Thomas B. Smith in the State Court case of  Frank L. Amodeo v. Berman, Kean & Riguerra, P.A., and Richard E. Berman, Case No. 48-2008-CA-31333-O, Division 32, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida,

2. Mediation is to occur at a mutually convenient time and is to be completed by **December 1, 2009**.

3. The Parties shall have ten (10) days from service of this order to submit a joint stipulation specifying the name of an agreed mediator or to file a notice that the Parties cannot agree on the selection of the designated mediator. If the Parties cannot agree on a mediator, the Clerk is directed to select a mediator from the approved panel of mediators and to inform the Parties of the designated mediator.

4. The Parties are directed to furnish a copy of all relevant documents associated with the matter referred to mediation, together with a Statement of Mediation Position, using the official form, to the mediator and the opposing party or parties within twenty (20) days from entry of this Order. The Statement of Mediation Position shall not be filed with the Court.

5. All parties are directed to proceed with the mediation in good faith in an attempt to resolve all of the remaining issues.

6. Every party participating in the mediation is directed to send a representative with full settlement authority.

7. The Parties are directed to each pay an equal share of the cost of the mediation.

8. Following the conclusion of the mediation, the mediator is directed to submit a written report indicating whether any settlement was reached. If a settlement is reached, the Parties are directed to file a written agreement executed by the Parties and their counsel within fifteen (15) days from the conclusion of the mediation and to promptly seek necessary court approval.

9. All documents and statements made by the Parties, attorneys and other participants presented or made during the mediation proceedings shall, in all respects, be privileged and not reported, recorded, or placed into evidence, made known to the Court or construed for any purpose as an admission. No party shall be bound by any statement made or action taken at the mediation conference unless a settlement is reached, in which event, the agreement shall be reduced to writing pursuant to the prior paragraph.

DONE AND ORDERED in Orlando, Florida, on September 1, 2009.

KAREN S. JENNEMANN
United States Bankruptcy Judge